EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00204 HG |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| THELMA W.A.K. LAVE, | ) | |
| | ) | Date:  February 9, 2006 |
| Defendant. | ) | Time:  1:30 p.m. |
| | ) | Judge: Hon. Helen Gillmor |

GOVERNMENT'S SENTENCING STATEMENT

    The United States, by and through its attorney, the United States Attorney for the District of Hawaii, hereby states that it has no objection and/or clarifications to make to the draft Presentence Investigation Report dated December 20, 2005.

    DATED:  Honolulu, Hawaii, January 9, 2006.

            EDWARD H. KUBO, JR.
            United States Attorney
            District of Hawaii


          By /s/ William L. Shipley
            WILLIAM L. SHIPLEY
            Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

shanlyn_park@fd.org                           January 10, 2006

**Served by First Class Mail:**

**Served by hand-delivery:**

Neil W. Tsukayama                             January 10, 2006
U.S. Probation Officer
300 Ala Moana Blvd., Rm. C-110
Honolulu, Hawaii 96850

    DATED:  Honolulu, Hawaii, January 10, 2006.


                                    /s/ Gloria Parker