

ORIGINAL

**THIS DOCUMENT FILED UNDER SEAL PURSUANT TO AMENDED GENERAL ORDER REGARDING GUIDELINE SENTENCING filed on August 22, 1990**

PETER C. WOLFF, JR.
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      shanlyn_park@fd.org

Attorney for Defendant
THELMA W.A.K. LAVE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 31 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00204 HG |
| Plaintiff, | ) |
| | ) DEFENDANT'S SENTENCING |
| | ) STATEMENT; CERTIFICATE OF |
| vs. | ) SERVICE |
| | ) |
| THELMA W.A.K. LAVE, | ) |
| | ) Sentencing Date:  February 9, 2006 |
| Defendant. | ) Sentencing Time:  1:30 p.m. |
| | ) |
| _____ | ) |



SEALED BY ORDER OF THE COURT