# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 16, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00204HG |
| CASE NAME: | U.S.A. vs. THELMA W.A.K. LAVE |
| ATTYS FOR PLA: | William l. Shipley<br>K. Corinne Harrah, Case Agent, FBI<br>Dickson Chow, Special Investigator, State of Hawaii |
| ATTYS FOR DEFT: | Shanlyn A.S. Park |
| U.S.P.O.: | Neil W. Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 16, 2006 | TIME: | 3:00 - 3:25 |

COURT ACTION:  SENTENCING TO COUNT 1 OF THE FELONY INFORMATION

The defendant is present on bond.
The Memorandum of Plea Agreement is accepted.
Allocution by the defendant.

ADJUDGED: Imps of 13 mos

SUPERVISED RELEASE: 3 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That restitution of $198,987.00 is due immediately to the State of Hawaii Department of Human Services Collections, P.O. Box 4147, Honolulu, HI 96812-4147, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income. Interest is waived while the defendant is serving her term of imprisonment and shall commence to accrue on any remaining balance upon her release on supervision.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Special assessment: $100.
Advised of rights to appeal.
MITTIMUS: That the defendant surrender for service of sentence to the U.S. Marshal for the District of Hawaii by 2:00 p.m. on March 30, 2006.

Submitted by: David H. Hisashima, Courtroom Manager